UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

November 13, 2013

_____

DOCKET CORRECTION NOTICE
_____

No. 13-4609,   US v. Victor Lara-Torres
                4:09-cr-00232-TLW-1


TO:   Michael Williams Chesser

MOTION DUE:  November 25, 2013

Please file the motion identified below by the due date indicated using the **MOTION** entry.

_____

[x] **MOTION / leave to file**. Copy expenses for the appendix in Anders case will not be reimbursed unless the court has granted a motion for leave to file.


Donna Lett, Deputy Clerk
804-916-2704