UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

December 13, 2013

_____

No. 13-4609
(4:09-cr-00232-TLW-1)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

VICTOR ULISES LARA-TORRES

    Defendant - Appellant

_____

Notificación Anders

_____

AVISO PARA EL APELANTE: Victor Lara-Torres

ENTREGA DE UN ESCRITO SUPLEMENTARIO POR CUENTA PROPIA: 01/13/2014

Su abogado ha presentado un escrito en su nombre, en el caso Anders v. California, 386 U.S. 738 (1967). Como lo requiere el caso, este tribunal emprenderá una revisión completa de las actuaciones judiciales del juez distrital, para determinar si existe alguna cuestión a considerar en la apelación.

Usted tiene derecho a presentar un escrito con cualquier alegato para apoyar su apelación. No es necesario que cite jurisprudencia, pero si debe indicar los hechos y argumentos que desee que el juez considere.

Si desea presentar ese escrito suplementario, tendrá que entregar el original ante el tribunal dentro de los 30 días siguientes, y hacerle llegar una copia a su abogado en el caso. Si no puede prepararlo en inglés, deberá entregarlo al tribunal y a su abogado en su lengua materna, y éste ultimo hará los arreglos para la traducción. Si está satisfecho con el escrito que ha interpuesto su abogado, no es necesario que usted presente otro por su cuenta.

Donna Lett, Secretaria/o del Tribunal
804-916-2704

Copies:    Mr. Alfred William Walker Bethea Jr.
           OFFICE OF THE UNITED STATES ATTORNEY
           P. O. Box 1567
           Florence, SC 29501-0000

           Mr. Michael Williams Chesser
           P. O. Box 1018
           114 Ray Lane
           Aiken, SC 29802-0000

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

December 13, 2013

_____

No. 13-4609
(4:09-cr-00232-TLW-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

VICTOR ULISES LARA-TORRES

      Defendant - Appellant

_____

ANDERS NOTICE

_____

NOTICE TO APPELLANT: Victor Lara-Torres

PRO SE SUPPLEMENTAL BRIEF DUE: 01/13/2014

Your attorney has filed a brief on your behalf pursuant to <u>Anders v. California</u>, 386 U.S. 738 (1967). In accordance with the requirements of that case, this court will undertake a full review of the district court record to determine whether there may be any issues of possible merit on appeal.

You have the right to submit a brief raising any arguments that you think might support your appeal. You need not furnish any legal citations but should present the facts and arguments you wish the court to consider.

Should you wish to file a pro se supplemental brief, you must file an original with the court within 30 days and serve a copy on counsel in this case. If you are unable to prepare your brief in English, the brief should be filed and served in your native language, and your attorney will arrange for translation. If you are satisfied with the brief filed by your attorney, you need not file a pro se supplemental brief.

Donna Lett, Deputy Clerk
804-916-2704

Copies:    Mr. Alfred William Walker Bethea Jr.
           OFFICE OF THE UNITED STATES ATTORNEY
           P. O. Box 1567
           Florence, SC 29501-0000

           Mr. Michael Williams Chesser
           P. O. Box 1018
           114 Ray Lane
           Aiken, SC 29802-0000