# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

United States of America,

vs.

Victor Ulises Lara-Torres,
                Defendant/Appellant

MOTION TO AUTHORIZE TRANSLATION SERVICES RE DECISION OF COURT OF APPEALS
No. 13-4609

Counsel for **Appellant Victor Ulises Lara-Torres,** respectfully requests, prays and moves this Honorable Court to authorize the translation of the Decision of the Court of Appeals in this matter, as well as the required cover letter notifying the Appellant of his right to petition for writ of certiorari. This translation will be performed by a Certified Federal Court Interpreter. Total cost is estimated at $250, at the rate of $150 per 1,000 words. This translation is necessary to comply with the requirements of *Anders v. California*, 386 U.S. 728 (1967).

May 1st, 2014
Aiken, South Carolina

Michael Chesser
Attorney for Defendant/Appellant
PO Box 1018
Aiken, South Carolina 29802-1018
chesserlaw@gmail.com
(803) 646-1166